# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID L. COLLINS,

    Plaintiff,

vs.

PEOPLE OF THE STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:11-CV-01247-KJD-(LRL)

**ORDER**

    Plaintiff, who is a prisoner in Colorado, see 28 U.S.C. § 1915(h), has submitted a motion for joinder (#4), along with other miscellaneous documents.  The court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED the motion for joinder (#4) is **DENIED**.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.  The clerk of the court shall enter judgment accordingly.

    DATED: August 3, 2011

_____
KENT J. DAWSON
United States District Judge