# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID L. COLLINS,

    Plaintiff,

vs.

PEOPLE OF THE STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:11-CV-01247-KJD-(LRL)

**ORDER**

    Plaintiff has filed a document titled "Rule 60 Demur" (#4), which the court construes as a motion for relief from the judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure.

    The filing fee of $350 is a matter of law. 28 U.S.C. § 1914(a). Because plaintiff is a prisoner, he must pay that fee, either in full at the commencement of this action or through monthly installments if the court grants him leave to proceed in forma pauperis. 28 U.S.C. § 1915(b). The court dismissed this action because plaintiff, a prisoner, neither paid the filing fee nor submitted an application to proceed in forma pauperis accompanied by a statement of his inmate account and a financial certificate signed by the appropriate prison official. Nothing in plaintiff's motion (#4) would cause the court to reinstate the action. The dismissal was without prejudice, so plaintiff may commence a new action if he pays the fee or if he files the correct documents.

    Plaintiff also has filed a request for judicial notice (#9), which the court denies because it has dismissed the action.

///

///

IT IS THEREFORE ORDERED that plaintiff's "Rule 60 Demur" (#8), which the court construes as a motion for relief from the judgment pursuant to Rule 60 of the Federal Rules of Civil Procedure, is **DENIED**.

IT IS FURTHER ORDERED that plaintiff's request for judicial notice (#9) is **DENIED**.

DATED: August 30, 2011

_____
KENT J. DAWSON
United States District Judge